UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 4:14CR333 RLW |
| FREDERICK ERNEST GRAHAM, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Defendant's pre-trial motions: (1) *pro se* motion to dismiss the indictment for violating the Double Jeopardy Clause (ECF No. 32); (2) *pro se* motion for a bill of particulars (ECF No. 33); (3) motion to dismiss the indictment on statutory and constitutional grounds (ECF No. 35); (4) *pro se* motion to exclude evidence under Federal Rule of Evidence 403 (ECF No. 36); and (5) motion to suppress physical evidence and statements (ECF No. 14 oral, 21, 24). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge David Noce, who filed a Report and Recommendation on March 11, 2015 (ECF No. 54). Neither party submitted objections to the Report and Recommendation.

Magistrate Judge Noce recommends that the Court deny Defendant's motions. After *de novo* review of the entire record in this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 54) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that (1) *pro se* motion to dismiss the indictment for violating the Double Jeopardy Clause (ECF No. 32); (2) *pro se* motion for a bill of particulars

(ECF No. 33); (3) motion to dismiss the indictment on statutory and constitutional grounds (ECF No. 35); (4) *pro se* motion to exclude evidence under Federal Rule of Evidence 403 (ECF No. 36); and (5) motion to suppress physical evidence and statements (ECF No. 14 oral, 21, 24) are **DENIED**.

Dated this 26th day of March, 2015.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE